FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CEILIA ALLEN, on behalf of JESUS ARMENDARIZ,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 1:26-CV-03025-SAB<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES** |

Before the Court is Plaintiff's Motion for Substitution of Parties, ECF No. 7. Plaintiff is represented by D. James Tree. The Commissioner is represented John Drenning and Josephy Derrig.

After Plaintiff Jesus Armendariz filed the above-captioned complaint, he passed away. His daughter now moves to be named Plaintiff on behalf of her father. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.  Plaintiff's Motion for Substitution of Parties, ECF No. 7, is **GRANTED**.

//

//

//

//

**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES** ~ 1

2    The Clerk of Court shall amend the caption of this case to indicate that Ceilia Allen is bringing this action on behalf of Jesus Armendariz.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 3rd day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTIES** ~ 2